*11090421*
*438.72* /bb
*8/17/10*

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: *Richard L. Zek*

CASE: *05-92766*

DOCKET #: _____

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

( ) Other *Ck could not cash in 90 dys*

*$438.72 P/C 8 Bank of America POB 26012 Greensboro NC 27420*

**FILED AUG 17 2010 BANKRUPTCY COURT BUFFALO, N.Y.**